(C.D. 3343)

HAAS BROTHERS *v.* UNITED STATES

United States Customs Court, Third Division

(Decided March 5, 1968)

Plaintiff not represented by counsel.
*Edwin L. Weisl, Jr.*, Assistant Attorney General, for the defendant.

Before RICHARDSON and LANDIS, Judges

(C.D. 3344)

HAAS BROTHERS ET AL. *v.* UNITED STATES

United States Customs Court, Third Division

(Decided March 5, 1968)

*Abraham Gottfried* for the plaintiffs.
*Edwin L. Weisl, Jr.*, Assistant Attorney General, for the defendant.

Before RICHARDSON and LANDIS, Judges

RICHARDSON, Judge: Upon the calendar call counsel for the Government moved for a dismissal of the instant protests on the ground that increased duties had not been paid. Counsel for the importer having conceded that such duties had not been paid, the trial court ordered the protests dismissed.

The protests herein are, therefore, dismissed for nonpayment of increased duties, and judgment will be entered accordingly.